1126

*pauperis* granted. Motion for leave to file petition for rehearing denied.

MAY 18, 2000

No. 99-9008. GOLLEHON *v.* MAHONEY, WARDEN. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46.1.

MAY 22, 2000

No. 99-1227. BRYON L. ROSQUIST, D. C., P. C., ET AL. *v.* MC-CANN ET AL. C. A. 10th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Morrison, ante,* p. 598.

No. 99-1583. PENNSYLVANIA *v.* D. M. Sup. Ct. Pa. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Illinois* v. *Wardlow,* 528 U. S. 119 (2000).

No. 99-8696. BUCHANAN *v.* DOE. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 99-8752. GIBSON *v.* SUSQUEHANNA TOWNSHIP COMMISSIONERS. C. A. 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. D-2137. IN RE DISBARMENT OF GEREIGHTY. Disbarment entered. [For earlier order herein, see 528 U. S. 1112.]

No. D-2140. IN RE DISBARMENT OF MOORE. Disbarment entered. [For earlier order herein, see 528 U. S. 1150.]

No. D-2143. IN RE DISBARMENT OF SPINA. Disbarment entered. [For earlier order herein, see 528 U. S. 1150.]